

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF MISSISSIPPI

| IN RE: | Sharon Childers | CASE NO. | 18-14088 |
|---|---|---|---|
| | DEBTOR(S) | CHAPTER | 7 |

### ORDER

THIS DAY, THIS CAUSE came on for hearing on the United States Trustee's ("UST") Motion for Extension of Time in which to Object to Discharge of Debtor and / or to File Motion to Dismiss Pursuant to 11 U.S.C. § 707(b) in the above styled and numbered case and there being no response, and the Court having considered same finds that the UST's motion is well taken and should be granted, therefore,

IT IS ORDERED that the UST shall be and is here granted an additional sixty (60) days from and after the current deadline of February 8, 2019, to file a Complaint Objecting to Discharge of Debtor and / or to file a Motion to Dismiss Pursuant to 11 U.S.C. § 707(b).

SUBMITTED BY:

*/s/ Sammye S. Tharp*
Sammye S. Tharp, Trial Attorney
U.S. Trustee, Region 5
U.S. Department of Justice
501 East Court Street, Suite 6-430
Jackson MS 39201
MS Bar No. 10016
Telephone: (601)965-4142
Facsimile: (601) 965-5226